Judge Kimberley Tyson,

I have missed document submittal deadline for my Chapter 13 filing as of August 6th, 2024 due to not receiving notices via US Mail at the address I provided.

I have submitted filing fee and credit counseling certificate today August 8th, 2024 and I am completing remaining required documents.

I respectfully request additional time to submit remaining documents.  August 12th by 4pm would be sufficient.

Thank you Your Honor for your consideration.

Respectfully,

Clayton Good

CASE #24-14157

Thursday, August 8, 2024 09:59

# Electronic Document Dropbox

| | |
|---|---|
| **Name** | Clayton Good |
| **Email** | Clagood@gmail.com |
| **Phone Number** | (970) 214-1477 |
| **Case Number (if known)** | 24-14157 |
| **Please upload your document(s)** |  Ch13 ExtensionMotion.pdf |