IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 24-14157-KHT |
| | ) | Chapter 13 |
| CLAYTON GOOD | ) | |
| | ) | |
| | ) | |
| Debtor. | ) | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of the interested party, DFS Finance, a division of First National Bank of Omaha, f/k/a Diversified Financial Services, LLC ("DFS"), and that pursuant to Rule 2002 and 9010 of the Rules of Bankruptcy Procedure, requests that all notices sent in this case and all papers and pleadings filed in this case be served upon the undersigned as follows:

>Michael J. Whaley
>Cline Williams Wright Johnson & Oldfather, LLP
>Counsel for Creditor, DFS Finance, a division of First National Bank of Omaha, f/k/a Diversified Financial Services, LLC
>Sterling Ridge
>12910 Pierce Street
>Suite 200
>Omaha, NE 68144
>Telephone: (402) 397-1700
>Email: mwhaley@clinewilliams.com

Dated this 8th day of August 2024.

>/s/ Michael J. Whaley
>Russell J. Sprague, CO Bar # 40588
>Michael J. Whaley, NE Bar #19390
>Cline Williams Wright Johnson
> & Oldfather, LLP
>215 Mathews Street, Suite 300
>Fort Collins, CO 80524
>Telephone: (970) 221-2637
>rsprague@clinewilliams.com
>mwhaley@clinewilliams.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 8, 2024, I caused the above document to be filed with the Clerk of the Court using the CM/ECF system which gave notification electronically upon all parties who filed an appearance by electronic filing in this case, and I hereby certify that I have mailed by first class United States mail, postage prepaid, the document to the following:

None.

                                                          */s/ Tonia Campbell*

4894-1673-2886, v. 1