UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:

Clayton Good,

Debtor.

Bankruptcy Case No. 24-14157 KHT

Chapter 13

ORDER GRANTING EXTENSION OF TIME

THIS MATTER comes before the Court on a Motion for Extension of Time ("Motion") filed August 8, 2024, by Debtor, *pro se*. The Court finds cause exists to extend the deficiency cure deadline to August 16, 2024. Therefore,

**IT IS HEREBY ORDERED** that Debtor's request for an extension of time is **GRANTED**. Debtor shall file the following documents by **August 16, 2024, failing which this case will be dismissed:**

- Statement of Financial Affairs
- Summary of Assets and Liabilities and Certain Statistical Information
- All Schedules: A/B, C, D, E/F, G, H, I, J
- Declaration About an Individual Debtor's Schedules Official Form 106Dec
- Employee Income Records and/or Statement Concerning Payment Advices (L.B.F. 1007-6.1)
- Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Official Form 122C-1
- Chapter 13 Plan (L.B.F. 3015-1.1)
- Proof of legally sufficient service and notice of the plan, the deadline to file objections thereto, and the
- hearing on confirmation, to the U.S. Trustee, Chapter 13 Trustee, and all creditors and parties in interest

**IT IS FURTHER ORDERED** that upon filing Statements and Schedules, if Debtor adds creditors to the mailing matrix whose names and addresses were not listed in time for the Court's mailing of the Notice of Meeting of Creditors, **_Debtor_ shall forthwith mail to such additional creditors a copy of the Notice of Meeting of Creditors,** and **file a certificate of service** with the Court evidencing same. [*see* Local Bankruptcy Rule 1009-1(b)].

DATED this 9th day of August, 2024.

BY THE COURT:

_Kimberley H Ty_____

Kimberley H. Tyson
United States Bankruptcy Judge