August 14th, 2024

Honorable Judge Kimberley Tyson,

I am requesting a short postponement of the meeting of creditors scheduled for August 21st, 2024 at 1:30pm.  I am adding mutiple new creditors to the case this week and attaining some legal advisement of my rights per a Chapter 13 case prior to the meeting of creditors and potentially retaining counsel.  I respectfully request a few more days to advise new creditors of meeting, and allow them time to schedule their attendance if desired.

I will have additonal required documents submitted by the new deadline of August 16th, 2024.


Thank you for your consideration Your Honor.

Respectfully,

Clayton Good

Case No 24-14157

Thursday, August 15, 2024 10:30

# Electronic Document Dropbox

| | |
|---|---|
| **Name** | Clayton Good |
| **Email** | clagood@gmail.com |
| **Phone Number** | (970) 214-1477 |
| **Case Number (if known)** | 24-14157 |