UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:

Clayton Good,

Debtor.

Bankruptcy Case No. 24-14157 KHT

Chapter 13

ORDER REGARDING COMPLIANCE WITH RULES

THIS MATTER comes before the Court on a document filed August 15, 2024, by Debtor *pro se*. The document appears to be a notice of a continued 341(a) Meeting of Creditors. A review of the document indicates that Debtor has not complied with applicable provisions of the Federal Rules of Bankruptcy Procedure or the Local Rules of this Court, specifically, L.B.R. 2003. It states:

> A debtor's request for a continuance of the meeting of creditors must be in writing and served on the appropriate trustee no less than seven (7) days prior to the date and time of the scheduled meeting. **A request for a continuance is not filed with the Court**. If a trustee consents to the continuance, the debtor shall immediately file a notice of continued meeting with the Court, serve a copy of the notice on the trustee and all creditors and parties in interest, and file a certificate of service with the court evidencing same. [Emphasis added]

**IT IS THEREFORE ORDERED** that Debtor shall comply with this Order and the above-noted rule by **August 21, 2014**, and contact the Chapter 13 Trustee at (303) 830-1971 to reschedule the meeting of creditors. If the Chapter 13 Trustee consents to the continuance, Debtor shall file with the court a notice of continued hearing and a Certificate of Service by **August 23, 2024**. For Debtor's convenience, the Court's creditor mailing matrix for this case is attached to this order and Debtor may use this list when mailing out the notice.

DATED this 16th day of August, 2024

BY THE COURT:

Kimberley H. Tyson
United States Bankruptcy Judge

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 24-14157-KHT<br>District of Colorado<br>Denver<br>Fri Aug 16 13:15:08 MDT 2024 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Bella Holsteins<br>RE: XXX XXX 0000<br>13278 CR 32<br>Platteville, CO 80651-8100 |
| Bellco Credit Union<br>RE: XXX XXX 0052<br>po box 2062<br>Glen Burnie, MD 21060-2062 | Citibank N.A.<br>Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD  57108-5027 | Colorado Credit Union<br>RE: XXX XXX 2003<br>10026 w san juan<br>littleton, CO 80127-6345 |
| Darby Davis<br>RE: XXX XXX 0000<br>PO Box 123<br>brush, CO 80723-0123 | Diversified Financial<br>RE: XXX XXX 2003<br>14010 FNB Pkwy Ste. 400<br>Omaha, CO 68154-5232 | Firstier Bank<br>RE: XXX XXX 9365<br>6222 w 9th<br>greeley, CO 80634-4479 |
| Ford Motor Credit Company<br>RE: XXX XXX 0000<br>PO 650575<br>Dallas, TX 75265-0575 | Ford Motor Credit Company, LLC<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Freedom Mortgage<br>RE: XXX XXX 0639<br>951 Yamato Rd<br>Boca Raton, FL 33431-4439 |
| Gayln Einspahr<br>RE: XXX XXX 0000<br>24268 Hwy 385<br>holyoke, CO 80734-9701 | Clayton Good<br>25498 CR 66<br>Greeley, CO 80631-9615 | Adam M Goodman<br>Chapter 13 Trustee<br>P.O. Box 1169<br>Denver, CO 80201-1169 |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001-9013 | (p)DEERE CREDIT SERVICES   INC<br>ATTN LITIGATION & RECOVERY DEPARTMENT<br>PO BOX 6600<br>JOHNSTON IA 50131-6600 | North Weld County Water District<br>RE: XXX XXX 2684<br>32825 CR 39<br>lucerne, CO 80646 |
| US Trustee<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-6004 | Wells Fargo Bank<br>Small Business Lending Division<br>P.O. Box 29482 MAC S4101-08C<br>Phoenix, AZ 85038-9482 | Michael J Whaley<br>Cline Williams Law Firm<br>12910 Pierce Street<br>Suite 200<br>Omaha, NE 68144-1106 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

John Deere Financial
RE: XXX XXX 0000
PO Box 6600
Johnston, IA 50131


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)DFS Finance, a division of First National

End of Label Matrix
Mailable recipients      20
Bypassed recipients       1
Total                    21