IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 24-14157-KHT |
| | ) | Chapter 13 |
| CLAYTON GOOD | ) | |
| | ) | |
| | ) | |
| Debtor. | ) | |

## DFS FINANCE, A DIVISION OF FIRST NATIONAL BANK OF OMAHA'S OBJECTION TO THE CHAPTER 13 PLAN

Comes now the secured creditor, DFS Finance, a division of First National Bank of Omaha, f/k/a Diversified Financial Services, LLC ("DFS"), and hereby files its Objection to the Confirmation of the proposed Chapter 13 Plan. In support of its Objection, DFS states and alleges as follows:

1. The Debtor, Clayton Good ("Mr. Good"), has not filed his proposed Chapter 13 Plan of Reorganization currently.

2. Mr. Good did not file his proposed Chapter 13 Plan with his bankruptcy petition and did not file the same within fourteen (14) days thereafter. Fed. R. Bank. P. 3015(b). The Bankruptcy Court granted Mr. Good's request for extension of time to file a Plan (ECF # 17), and he has not complied with that Order by filing a Plan by August 16, 2024.

3. DFS reserves the right to amend this Objection, should the Debtor file a Chapter 13 Plan of Reorganization.

Dated this 27th day of August 2024.

/s/ Michael J. Whaley
Russell J. Sprague, CO Bar # 40588
Michael J. Whaley, NE Bar #19390
Cline Williams Wright Johnson
 & Oldfather, LLP
215 Mathews Street, Suite 300

Fort Collins, CO 80524
Telephone:     (970) 221-2637
rsprague@clinewilliams.com
mwhaley@clinewilliams.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 27, 2024, I caused the above document to be filed with the Clerk of the Court using the CM/ECF system which gave notification electronically upon all parties who filed an appearance by electronic filing in this case, and I hereby certify that I have mailed by first class United States mail, postage prepaid, the document to the following:

Clayton Good
25498 CR 66
Greeley, Colorado 80631

                                  */s/ Tonia Campbell*

4866-6297-7501, v. 1